IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marvin Terrill Green,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　Defendant. | No. CV 05-2072-PHX-EHC (JCG)<br><br>**ORDER** |

On April 27, 2006, Magistrate Judge Jennifer C. Guerin issued a Report and Recommendation [dkt. 6], recommending that this case be dismissed because Plaintiff has not returned to the service packets sent to him and mail sent to Plaintiff at the address he provided has been returned with notations indicating that Plaintiff was released from the Durango Jail on August 7, 2005. Plaintiff has not filed a Response or Objection. Having reviewed the matter,

**IT IS ORDERED** that the Report and Recommendation [dkt. 6] is **ADOPTED**; Plaintiff's Complaint [dkt. 1] is **DISMISSED** without prejudice.

DATED this 1st day of June, 2006.

_Earl H. Carroll_
Earl H. Carroll
United States District Judge